Jose A. CADIENTE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3146.

United States Court of Appeals,
Federal Circuit.

July 19, 2011.

Jose A. Cadiente, Zambales, PH, for Petitioner.

Sarah M. Bienkowski, Department of Justice, Washington, DC, for Respondent.

## ON MOTION

## ORDER

Upon consideration of Jose A. Cadiente's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.